TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00291-CR

Patricia Ann Newberry, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW OF TOM GREEN COUNTY

NO. 94-02733C, HONORABLE R. L. BLANN, JUDGE PRESIDING

PER CURIAM

 This is an appeal from a judgment of conviction for driving while intoxicated, first
offense. The punishment is incarceration for sixty days and a $1000 fine, probated.

 Appellant represents herself on appeal. The transcript contains no request of a free
statement of facts or for the appointment of counsel on appeal. Neither a statement of facts nor
a brief has been filed, and appellant has not responded to this Court's notices. Tex. R. App. P.
53(m), 74(l). 

 Appellant's notice of appeal is in the form of a letter to this court complaining of
ineffective assistance of counsel and violations of her constitutional rights. In the absence of a
statement of facts, we are unable to evaluate the merits of these contentions. We have examined
the transcript and find no error that should be considered in the interest of justice. 

 The judgment of conviction is affirmed.

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Affirmed:

Filed: October 25, 1995

Do Not Publish